USDC KYWD   - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**VS.**                                    **CRIMINAL ACTION NUMBER: 3:07-CR-102-BJB**

**DANIEL JOSEPH GUENTHER**                                              **DEFENDANT**

## ORDER ON VIOLATION OF SUPERVISED RELEASE PETITION

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on October 26, 2022 to conduct an initial appearance on a petition for violation of supervised release.

APPEARANCES

For the United States:          Jo E. Lawless, Assistant United States Attorney

For the defendant:              Defendant Daniel Joseph Guenther – Present and in custody

Court Reporter:                 Digitally recorded

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the allegations contained therein, and was advised of his rights. The Court questioned the defendant under oath and found him eligible for appointed counsel. Patrick J. Bouldin, Assistant Federal Defender, was present and accepted the appointment.

The defendant, through counsel, having waived his right to a preliminary revocation and detention hearing on the record,

**IT IS FURTHER ORDERED** that a final revocation hearing is scheduled for **December 13, 2022 at 11:00 a.m.** before the Honorable Benjamin J. Beaton, United States District Judge. The defendant shall be remanded to the custody of the United States Marshal pending further order of the Court.

This 26th day of October, 2022          **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY:** */s/ Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|15