**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　　　　　　No. 3:07-cr-102-BJB

DANIEL JOSEPH GUENTHER

\* \* \* \* \*

## ORDER REVOKING SUPERVISED RELEASE

The Court held a final revocation hearing on February 13, 2023. The official reporter was Becky Boyd. The following counsel participated in the hearing:

　　Jo Lawless for the United States
　　Pat Bouldin for the Defendant

For the reasons stated on the record, the Court found the United States carried its burden of proving by a preponderance of the evidence that the Defendant knowingly violated a condition of his supervised release. *See* 18 U.S.C. § 3583(e)(3).

After considering the advisory guidelines and 18 U.S.C. § 3553(a), the Court:

1. Commits the Defendant to the custody of the Bureau of Prisons for a term of 4 months to be served concurrently with his sentence in Case No. 3:23-cr-15-BJB. The previously-imposed term of supervised release shall remain in effect until the time of sentencing in Case No. 3:23-cr-15-BJB.
2. Remands the Defendant to the custody of the United States Marshal.

Copies to:　　Counsel of record
　　　　　　　Probation Office

Court Time:　　　　10 min
Court Reporter:　　Becky Boyd

Benjamin Beaton, District Judge
United States District Court

February 24, 2023